**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 21-00221 | Trustee Name: | Arvind Mahendru |
| Case Name: | 2751 MARSH WREN CIRCLE LLC | Date Filed (f) or Converted (c): | 01/20/2021 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 03/02/2021 |
| | | Claims Bar Date: | 05/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  LOT 19, WINGFIELD NORTH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 26, PAGES 18 AND 19, PUBLIC RECORDS 2751 MARSH WREN CIRCLE, LONGWOOD FLORIDA , SEMINOLE COUNTY 32779 | $1,413,272.00 | $39,377.30 | | $1,250,000.00 | FA |
| 2  Non-Ad Valorem Taxes from 8/12/2021 to 9/30/2021 (u) | Unknown | $32.19 | | $32.19 | FA |
| 3  HOA Assessments (2nd Semi-Annual) from 8/12/2021 to 12/31/2021 (u) | Unknown | $1,138.32 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$1,413,272.00    $40,547.81    $1,250,032.19    $0.00

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 21-00221 | | | Trustee Name: | Arvind Mahendru |
| Case Name: | 2751 MARSH WREN CIRCLE LLC | | | Date Filed (f) or Converted (c): | 01/20/2021 (f) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 03/02/2021 |
| | | | | Claims Bar Date: | 05/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/10/2021   Asset #1-2751 Marsh Wren Circle, Longwood, FL 32779
2/2/21-Application to Employ Maria Spinos as real estate agent
2/5/21- Notice of Assets
2/5/21-Application to Employ Arvind Mahendru as Attorney Nunc Pro Tunc
2/5/21-Motion for Turnover of Property - specifically: 2751 Marsh Wren Circle
2/6/21-Motion to Reject Lease
2/9/21-Amended Motion for Turnover of Property - specifically: 2751 Marsh Wren Circle
2/10/21-Order Approving Application to Employ/Retain Arvind Mahendru as Attorney for Trustee Nunc Pro Tunc to 2/5/21
2/10/21-Order Approving Application to Employ/Retain Maria Spinos as Real Estate Agent
3/2/21-Second Amended Motion for Turnover of Property - specifically: 2751 Marsh Wren Circle and financial documents
3/4/21-Third Amended Motion for Turnover of Property - specifically: 2751 Marsh Wren Circle
3/5/21-Affidavit re real estate agent
3/11/21-Application to Employ Ryan Davis and the Law Firm of Winderweedle, Haines, Ward & Woodman, P.A. as Special Counsel
3/12/21-Order Granting Amended Motion To Reject Lease
3/17/21-Order Granting Third Amended Motion for Turnover of Property of the Estate
3/24/21-Order Approving Application to Employ/Retain Ryan E Davis and the Law Firm of Winderweedle, Haines, Ward & Woodman, P.A. as Special Counsel
3/26/21-Agreed Order Granting Third Amended Motion for Turnover
6/10/21-Motion to Sell Property Free and Clear of Liens. Property description: 2751 Marsh Wren Circle, Longwood, FL 32779
6/10/21-Notice of Hearing on Motion to Sell Property Free and Clear of Liens Filed by Arvind Mahendru on behalf of Trustee Arvind Mahendru (related document(s)64). Hearing scheduled for 7/14/2021
7/12/21-Amended Motion to Sell Property Free and Clear of Liens. Property description: 2751 Marsh Wren Circle, Longwood, FL 32779
7/21/21-Order Granting Amended Motion To Sell Property Free and Clear of Liens (Related Doc 70).
7/28/21-Order Overruling Objection to Chapter 7 Trustee's Amended Notice and Motion for Sale of Property, Denying Emergency Motion for Reconsideration, and Setting Status Conference (related document(s)76, 74).
7/28/21-Motion For Contempt Against Rachel and Craig Meixsell
7/30/21-Notice of Preliminary Hearing on Motion for Order Finding the Meixsell Family in Indirect Civil Contempt of Court
8/11/21-Order Granting Motion For Contempt Against the Meixsell Family in Indirect Civil Contempt of Court (Related Doc # 86)
8/26/21-Motion for Award of Damages
10/12/21-Notice of Filing Supplemental Fee Detail
10/19/21-Order Granting in Part and Denying in Part Motion for Award of Damages (Related Doc # 98).
11/4/21-Affidavit of Default
11/12/21-Final Judgment in Favor of Trustee Arvind Mahendru Amount Awarded: 31993.75 (related document(s)98, 107)
2/11/22- discuss case status with special counsel
4/14/22-Trustee's Report of Sale 2751 Marsh Wren Circle, Longwood, FL 32779

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-00221 | | | Trustee Name: | Arvind Mahendru |
| Case Name: | 2751 MARSH WREN CIRCLE LLC | | | Date Filed (f) or Converted (c): | 01/20/2021 (f) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 03/02/2021 |
| | | | | Claims Bar Date: | 05/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  10/31/2021      Current Projected Date Of Final Report (TFR):  05/31/2022      /s/ ARVIND MAHENDRU

ARVIND MAHENDRU

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 21-00221 | | Trustee Name: | Arvind Mahendru |
|---|---|---|---|---|
| Case Name: | 2751 MARSH WREN CIRCLE LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2972 | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2021 | | THE PRINCIPAL LAW FIRM PL | 7/12/21-Amended Motion to Sell Property Free and Clear of Liens. Property description: 2751 Marsh Wren Circle, Longwood, FL 32779  7/21/21-Order Granting Amended Motion To Sell Property Free and Clear of Liens (Related Doc 70). | * | $34,000.00 | | $34,000.00 |
| | {1} | | $1,250,000.00 | 1110-000 | | | $34,000.00 |
| | | | Owner's Coverage Premium to The Principal Law Firm, P.L. ($5,700.00) | 2500-000 | | | $34,000.00 |
| | | | County Taxes from 1/1/2021 to 8/11/2021 ($8,311.37) | 2820-000 | | | $34,000.00 |
| | | | Search Fee to WFG National Title Insurance Company ($85.00) | 2500-000 | | | $34,000.00 |
| | | | Settlement Fee to The Principal Law Firm, P.L. ($595.00) | 2500-000 | | | $34,000.00 |
| | | | Real Estate Commission ($75,000.00) | 3510-000 | | | $34,000.00 |
| | | | Deed State to Clerk of the Circuit Court ($8,750.00) | 2500-000 | | | $34,000.00 |
| | | | Lender: 2nd Mortgage ($30,000.00) | 4110-000 | | | $34,000.00 |
| | | | Lender: 1st Mortgage ($1,010,604.90) | 4110-000 | | | $34,000.00 |
| | | | 2018 Property Taxes to Seminole County Tax Collector ($17,786.53) | 2820-000 | | | $34,000.00 |
| | | | 2019 Property Taxes to Seminole County Tax Collector ($16,913.92) | 2820-000 | | | $34,000.00 |
| | | | 2020 Property Taxes to Seminole County Tax Collector ($15,233.44) | 2820-000 | | | $34,000.00 |
| | | | Courier Fees to The Principal Law Firm ($250.00) | 2500-000 | | | $34,000.00 |
| | | | HOA - July 2021 to Wingfield North HOA, Inc. ($1,475.00) | 2500-000 | | | $34,000.00 |

**SUBTOTALS**  $34,000.00   $0.00

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 21-00221 | | | Trustee Name: | Arvind Mahendru |
| --- | --- | --- | --- | --- | --- |
| Case Name: | 2751 MARSH WREN CIRCLE LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2972 | | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 03/31/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | HOA Estoppel Fee to Specialty Management ($250.00) | 2500-000 | | | $34,000.00 |
| | | | HOA Past Due Amt to Wingfield North HOA, Inc. ($12,820.35) | 2500-000 | | | $34,000.00 |
| | | | Municipal Lien Search ($145.00) | 2500-000 | | | $34,000.00 |
| | | | Certified Copy Fees (Reimbursement) to The Principal Law Firm, P.L. ($75.00) | 2500-000 | | | $34,000.00 |
| | | | Escrow Holdback - Occupant Expenses to The Principal Law Firm, P.L. ($13,000.00) | 2500-000 | | | $34,000.00 |
| | | | Recording Fees - Certified Copies to Clerk of the Circuit Court ($175.00) | 2500-000 | | | $34,000.00 |
| | {2} | | Non-Ad Valorem Taxes from 8/12/2021 to 9/30/2021 $32.19 | 1290-000 | | | $34,000.00 |
| | | | HOA Assessments (2nd Semi-Annual) from 8/12/2021 to 12/31/2021 $1,138.32 | 1290-000 | | | $34,000.00 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $26.54 | $33,973.46 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $53.05 | $33,920.41 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $54.73 | $33,865.68 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $52.88 | $33,812.80 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $54.56 | $33,758.24 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $54.47 | $33,703.77 |
| 02/08/2022 | 1001 | International Sureties LTD | Bond Payment | 2300-000 | | $16.76 | $33,687.01 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.11 | $33,637.90 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $54.28 | $33,583.62 |

**SUBTOTALS** $0.00  $416.38

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| **Case No.** | 21-00221 | **Trustee Name:** | Arvind Mahendru |
|---|---|---|---|
| **Case Name:** | 2751 MARSH WREN CIRCLE LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***2972 | **Checking Acct #:** | ******2101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 04/01/2021 | **Blanket bond (per case limit):** | $32,583,498.00 |
| **For Period Ending:** | 03/31/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $34,000.00 | $416.38 | $33,583.62 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $34,000.00 | $416.38 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $34,000.00 | $416.38 | |

| **For the period of 04/01/2021 to 03/31/2022** | | **For the entire history of the account between 07/13/2021 to 3/31/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,251,170.51 | Total Compensable Receipts: | $1,251,170.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,251,170.51 | Total Comp/Non Comp Receipts: | $1,251,170.51 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,217,586.89 | Total Compensable Disbursements: | $1,217,586.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,217,586.89 | Total Comp/Non Comp Disbursements: | $1,217,586.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | |  | | |
|---|---|---|---|---|
| Case No. | 21-00221 | | Trustee Name: | Arvind Mahendru |
| Case Name: | 2751 MARSH WREN CIRCLE LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2972 | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $34,000.00 | $416.38 | $33,583.62 |

For the period of 04/01/2021 to 03/31/2022

| | |
|---|---|
| Total Compensable Receipts: | $1,251,170.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,251,170.51 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,217,586.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,217,586.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/13/2021 to 3/31/2022

| | |
|---|---|
| Total Compensable Receipts: | $1,251,170.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,251,170.51 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,217,586.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,217,586.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ARVIND MAHENDRU

ARVIND MAHENDRU